# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ADAM COX, and | ) | |
| 2. KIMBERLY COX, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-117-CVE-JFJ |
| | ) | |
| 1. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | ) ) | |
| 2. SAI WAI, and | ) | |
| 3. PYAE MAUNG, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants Swift Transportation Co. of Arizona, LLC

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.


Date:  April 4, 2018                         /s/ Robert P. Coffey, Jr.
                                                    Robert P. Coffey, Jr., OBA No. 14628
                                                    Coffey Senger & McDaniel, PLLC
                                                    4725 East 91st Street, Suite 100
                                                    Tulsa, OK 73137
                                                    918-292-8787
                                                    918-292-8788 – Fax
                                                    robert@csmlawgroup.com
                                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of April, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jim Buxton
Claburn Curtis
Buxton Law Group
1625 N. Classen Blvd.
Oklahoma City, OK 73106
jim@buxtonlawgroup.com
*Attorneys for the Plaintiffs*

                /s/ Robert P. Coffey, Jr.
               Robert P. Coffey, Jr.