# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

1. ADAM COX, and
2. KIMBERLY Cox,

       Plaintiff(s)

vs. 1. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
    2. SAI WAI, and
    3. PYAE MAUNG,

       Defendant(s)

Case Number:  18-cv-117-CVE-JFJ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Swift Transportation Co. Arizona, LLC
_____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Pre 9/8/2017  Parent Company is Swift Transportation Company

   Post-9/8/2017 Parent Company is Swift Transportation Co LLC and Grandparent Company is Knight-Swift Transportation Holdings, Inc.,

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all such owners:

   Pre 9/8/2017 Swift Transportation Company was a the publicly traded corporation.

   Post 9/8/2017 No Publicly Traded corporation owns more than 10% of its stock.

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

      (Check one)  ☐ YES    ☑ NO

If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

      (Check one)  ☐ YES    ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 11th day of April , 20 18 .

/s/ Timothy S. Harmon, Sr.
_____
Signature

Timothy S. Harmon Sr.                    OBA 11333
_____
Printed Name                             Bar Number

Coffey Senger & McDaniel, PLLC
_____
Firm Name

4725 East 91st Street, Suite 100
_____
Address

Tulsa                          OK      74137
_____
City                           State   ZIP

918-292-8787              918-292-8788
_____
Phone                     Fax

tim@csmlawgroup.com
_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on    April 11, 2018    (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Jim Buxton
Claburn Curtis

I hereby certify that on                        (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Timothy S. Harmon, Sr.
_____
Signature